# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | | |
|---|---|---|
| RICHARD LEE FALLANG, | * | No. CV-18-58-BU-BMM |
| Plaintiff, | * | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | * | |
| MICK O'BRIEN USED CAR AND TRUCK CENTER, MICHAEL O'BRIEN and SHARON O'BRIEN, individually, and HULL & SWINGLEY, P.C., | * | |
| Defendants. | * | |

Pursuant to the Stipulation for Dismissal with Prejudice (Doc 64), IT IS HEREBY ORDERED that the above-entitled action be dismissed on the merits, with prejudice, as fully and finally compromised, each party to pay their own costs.

DATED this 23rd day of September, 2019.

_____
Brian Morris
United States District Court Judge